COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE | | |
| | § | No. 08-08-00335-CV |
| | | |
| JOE ROWE, | § | An Original Proceeding |
| | § | in Mandamus |
| RELATOR | | |
| | § | |
| | § | |

**MEMORANDAUM OPINION**

**ON PETITION FOR WRIT OF MANDAMUS**

Relator, Joe Rowe, asks this Court to issue a writ of mandamus against the Honorable George E. Grubb, Judge of the County Court of Jeff Davis County, in order to compel Judge Grubb to grant Relator's plea to the jurisdiction. Relator has also filed a motion seeking emergency relief. In order to be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate he has no adequate remedy by appeal. *Id*. at 135-36. Based on the petition and record before us, we are unable to conclude that Relator is entitled to the relief requested. Accordingly, we deny mandamus relief. *See* TEX.R.APP.P. 52.8(a). Further, we deny the motion seeking emergency relief. *See* TEX.R.APP.P. 52.10.

December 3, 2008

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ
Rivera, J., Not Participating